**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

In the Matter of:

The Appointment of Rosalie J. Glaser as Trustee for the Heirs and Next of Kin of Paul R. Glaser, Deceased

Court File: 00-2225 DSD/JMM
Case Type Wrongful Death

**ORDER APPOINTING TRUSTEE**

---

**IT IS HEREBY ORDERED** that Rosalie J. Glaser be and hereby is appointed Trustee to maintain an action for the wrongful death of Paul R. Glaser, Deceased, on behalf of herself and the other surviving heirs, with no bond required, until further Order of the Court.

**BY THE COURT:**

Dated: October 4, 2000

Magistrate Judge

OCT 0 4 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK