UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROSALIE J. GLASER, Trustee for the Heirs and Next of Kin of Paul R. Glaser, deceased,

CIVIL NO. 00-2225 (JMM)

Plaintiff,

v.

ORDER

CENTRAL BAPTIST CHURCH OF SIOUX FALLS and JEFFREY PAUL GROSS,

Defendants.

The above matter came on for hearing before the undersigned on May 29, 2001 upon Plaintiff's Motion to Continue Trial [Docket No. 13]. Michael C. Lindberg, Esq. appeared on behalf of Plaintiff; Steven Viltoft, Esq. appeared on behalf of Defendants.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion to Continue Trial [Docket No. 13] is denied for the reasons placed on the record.

Dated: May 29, 2001

JOHN M. MASON
United States Magistrate Judge

FILED MAY 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK