UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROSALIE J. GLASER, Trustee for the Heirs and Next of Kin of Paul R. Glaser, deceased,

Plaintiff,

v.

CENTRAL BAPTIST CHURCH OF SIOUX FALLS and JEFFREY PAUL GROSS,

Defendants.

CIVIL NO. 00-2225 (JMM)

NOTICE OF ASSIGNMENT
OF CASE FOR TRIAL

No later than October 10, 2001, the following shall be filed:

1. All materials required to be filed by the Federal Rules of Civil Procedure and the Local Rules of this Court, including Local Rule 39.1;

2. All motions in limine; and

3. A trial memorandum setting forth: the facts which each party expects to prove, the legal and factual issues to be resolved, and the controlling legal authority; evidentiary issues and applicable legal authorities; and the estimated time required for the entire trial, including final arguments.

A final pretrial conference will be held with trial counsel on October 17, 2001, at 3:00 p.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, pursuant to the provisions of Rule 16(d) of the Federal Rules of Civil Procedure.

Plaintiff and trial counsel shall meet with the undersigned in chambers on November 5, 2001 at 9:00 a.m. The matter is set for a jury trial as a day certain to commence on November 5, 2001 at 9:30 a.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Dated: September 7, 2001

JOHN M. MASON
United States Magistrate Judge

FILED SEP 07 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______