# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Rosalie J. Glaser, Trustee for the Heirs and Next of Kin of Paul R. Glaser, deceased,

Case No. Civil 00-2225 JMM

**JUDGMENT IN A CIVIL CASE**

v.

Central Baptist Church Of Sioux Falls and Jeffrey Paul Gross,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Plaintiff's complaint is dismissed with prejudice, and

Judgment is entered in favor of the defendants.

DATE: November 13, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

31